# EXHIBIT E

**From:** Ashley Epperson <aepperson@erskinecharters.org>
**Sent:** Thursday, November 21, 2024 11:08 AM
**To:** Kenneth Coles <kcoles@meversschoolofexcellence.org>; Serra Williams
<serra.williams@meversschoolofexcellence.org>
**Cc:** Katie Graybill <kgraybill@erskinecharters.org>
**Subject:** Mevers Marketing Proposal

**Security WARNING**
This is an external email. Do not click links or open attachments unless you recognize the sender and know that the content is safe.

Good morning!
I hope you are both having a wonderful week. Thank you for the opportunity to provide this proposal to you to add some additional resources to Mevers' marketing efforts.

As requested, attached you will find a presentation that outlines our recommendations for Mevers based on our discussion with your team and the capabilities our team has in-house for

services that we have provided to other schools in the past.

Please let me know what feedback your team has for this proposal. We are looking forward to working with the MSE team on this project!

Thank you,



## Ashley Epperson

*Chief of Communications*
Charter Institute at Erskine
(803) 995-0527
aepperson@erskinecharters.org
www.erskinecharters.org

[erskinecharters.org]
 [facebook.com]
[instagram.com]  [twitter.com]
[youtu.be]     [youtube.com]
*Click my photo to learn more about what I do!*

*CONFIDENTIALITY NOTICE: The materials contained in this electronic transmission are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronically transmitted information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender and destroy all copies of the original message.*

# MARKETING PROPOSAL

Prepared for Mevers School of Excellence

## THE GOAL

Engage in additional marketing efforts to close enrollment gaps at MSE and create a strong foundation for future marketing efforts.

## THE STRATEGY

1. Updated Video/Photo Material
2. Website Audit
3. Digital Ad Strategy

| GRADE | TOTAL (REG v + REG C+ I2R) | NEW TARGET | IN NEED OF # STUDENTS |
|---|---|---|---|
| K | 70 | 80 | -10 |
| 1 | 84 | 88 | -4 |
| 2 | 89 | 100 | -11 |
| 3 | 89 | 100 | -11 |
| 4 | 83 | 100 | -17 |
| 5 | 75 | 100 | -25 |
| 6 | 100 | 108 | -8 |
| 7 | 100 | 107 | -7 |
| 8 | 82 | 92 | -10 |
| TOTAL | 772 | 875 | -103 |

**STRATEGY #1**

# UPDATE MEDIA MATERIAL

The Charter Institute at Erskine's Media Production team will put together a creative brief and plan to capture promotional and evergreen content over 2-3 days at the school that can be used for the website, social media, and advertisements.

This will be provided at no cost to the school.



**STRATEGY #2**

# WEBSITE AUDIT

The Charter Institute at Erskine's Communications department will evaluate MSE's website for efficiency, clarity, click journeys, etc., and provide recommendations for any edits or changes.

The Department will also work with Ms. Williams to evaluate the enrollment journey for MSE prospective parents and make any necessary recommendations or changes.

This will be provided at no cost to the school.



**STRATEGY #3**

# DIGITAL MARKETING

The Charter Institute at Erskine's Communications department will collaborate with Ms. Williams to create a digital marketing strategy that incorporates 1) social media ads, 2) geofencing ads, and 3) Google Search ads.

This will be provided at no additional cost to the school. The school will be responsible for the ad spend but will have full budgeting controls.





# ADVERTISING GOALS

## 01. Social Media Ads

Use photo and video content captured to create a range of Meta ads with a targeted audience to direct parents to enrollment information.
**Recommended Monthly Budget: $1,000**

## 02. Geofencing Ads

use Groundtruth platform to geofence major areas of interest in Goose Creek including events, certain ZIP codes, etc.
**Recommended Monthly Budget: $1,000**

## 03. Google Search Ads

Identify keywords and searches to boost MSE's appearance in search rankings.

**Recommended Monthly Budget: $750-$1,000**

*After one month of campaigns, we will evaluate the ads performance and adjust creatives, budgets, etc. as necessary.*

**OTHER STRATEGIES**

# PHASE 2 RECOMMENDATIONS

1. Online Review Strategy
   a. Create a campaign to boost MSE's ratings on platforms like Google Reviews, GreatSchools, etc.
2. Paid Print Ad Placements
   a. Explore print ad options like newspapers, local magazines, etc.



# THANK YOU FOR ALLOWING US TO PREPARE THIS PROPOSAL!



**Questions, concerns, or feedback can be shared with Ashley Epperson.**

aepperson@erskinecharters.org

(803) 995-0527