# EXHIBIT H



Jon Hage

Chairman, Chief Executive Officer

Charter Schools USA at Berkeley LLC

800 Corporate Drive #124

Ft. Lauderdale, FL  33334


 Re: Breach of Management Agreement


Dear Jon:

>The management agreement between Charter School USA and Berkely Charter Education Association, Inc.  dba Mevers School of Excellence states that CSUSA will be responsible for the "Management of the accounting operation, including general ledger management and financial reporting including identifying and applying for non-competitive grants (competitive grants may include fees for application preparation and ongoing management for reporting and compliance), spending and administering any associated grant funding obtained in compliance with the specific terms and conditions of said grants and participating in any audits related thereto…"

>We have conducted a review of federal funding since 2018 for Mevers School of Excellence using reliable information provided to us by the sponsor. Our review reveals that a potential sum of $505,068.07 has been lost between FY19 and FY24. Listed here is the historical record of potential federal funding that Mevers School of Excellence did not claim reimbursement within the designated time frames. Each grant is listed under the year the funding ended or expired:

## 2023-2024 - $97,170.07

- FY23 IDEA - $584.00
- FY23 Title II - $3,637.00
- FY23 Title I - $56,812.21
- FY21 ESSER III - $36,136.86

## 2022-2023 - $16,111.86

- FY22 IDEA ARP - $4,712.19
- FY21 TSI - $6,958.58
- FY20 TSI - $3,979.37
- ESSER II - $461.72
- FY23 Title I, Title II, and IDEA funds that would have been lost were rolled to 2023-2024 in the hopes the school would continue to spend it out.

## 2021-2022 - $266,745.93

- FY22 IDEA - $40,502.50
- FY22 Title II - $10,027.11
- FY19 TSI - $748.65
- FY22 Title I - $137,105.98
- GEER - $78,361.69

## 2020-2021 - $70,426.82

- FY21 IDEA - $21,489.76
- FY21 Title II - $5,203.75
- FY21 LEAP - $1.00
- FY21 CRF - $43,732.31

## 2019-2020 - $33,336.32

- FY20 IDEA - $23,836.32
- FY20 Title II - $9,500.00

## 2018-2019 - $21,277.07

- FY19 IDEA - $13,277.07
- FY19 Title II - $8,000.00

This failure on CSUSA's part is a serious concern to BCEA. Notice is hereby given pursuant to the Mevers Management Agreement that this is considered a material breach of the responsibilities of CSUSA. If we do not receive a satisfactory response and cure, we will proceed with the remedies provided under the Management Agreement.

Sincerely,

*Stewart Weinberg*

Stewart Weinberg, Ph.D.
President
Berkeley Charter Education Association

