EXHIBIT A

ELECTRONICALLY FILED - 2022 May 05 8:40 AM - RICHLAND - COMMON PLEAS - CASE#2022CP4002390



# South Carolina Department of Education

## Institution of Higher Learning Charter School Sponsor Registration

### I. GENERAL INFORMATION

| Institution of Higher Learning Name | Erskine College |
|---|---|
| Physical Address | 2 Washington Street, Due West, SC |
| Mailing Address | 2 Washington Street, Due West, SC |
| Board Contact Person | John Basie |
| Board Contact Title/Position | Provost |
| Board Contact Telephone | 864-379-8873 |
| Board Contact Email Address | Basie@erskine.edu |
| Board Office Telephone Number | 864-379-8873 |

### II. NOTICE OF INTENT TO SERVE AS A CHARTER SPONSOR

*By its completion and submission of the South Carolina Department of Education (SCDE) Charter School Sponsor Registration, the undersigned institution of higher learning (IHE) hereby notifies the SCDE of its intent to serve as a charter sponsor in accordance with the South Carolina Charter Schools Act of 1996.*

### III. CAPACITY AND COMMITMENT

For more than 175 years, Erskine College has sought to bring excellence to higher education in South Carolina. Erskine is excited about the opportunity to bring the same pursuit to its operation as a South Carolina Charter School Sponsor.

Charter Schools are vehicles to develop innovation and excellence in education. These schools serve South Carolina's children where, and in ways, that other institutions may not. Additionally, charter schools model concepts of service at the highest levels as parents and community leaders sacrifice and invest in the future of their community's children in ways that traditional public schools generally do not require. Thus, there is a natural alignment between South Carolina charter schools and Erskine's mission to equip students to flourish as whole persons for lives of service through the pursuit of undergraduate liberal arts.

Of equal import to Erskine is this historic college's location in Abbeville County. As an active member of this community, Erskine has witnessed the challenges facing South Carolina's communities where local educational outcomes underperform state and regional results. For this reason, Erskine desires to sponsor charter institutions that will enhance educational outcomes for some of our State's most disadvantaged communities because geography should not be determinative for South Carolina's children.

Erskine has long combined the public dollars available to its students with private funds from its fundraising efforts to extend higher education opportunities to South Carolina's families. Erskine views public charter schools as an opportunity to expand these efforts to disadvantaged communities by serving as an engaged sponsor that requires academic success and a sound financial foundation, but also recognizing the challenges of the individual communities.

Finally, for many decades Erskine has invested in successive generations of South Carolinians who have served in State schools through the institution's Department of Education. This nationally accredited (NCATE) department prepares graduates for careers at all levels of elementary and secondary education in addition to Special Education, Physical Education and Music Education. Serving as a South Carolina charter school sponsor is a natural extension of Erskine's long-term commitment to primary and secondary education in South Carolina.

**Structure of Operations**

Erskine College anticipates utilizing the following organizational structure for its charter school Sponsor operations:



ELECTRONICALLY FILED - 2022 May 05 8:40 AM - RICHLAND - COMMON PLEAS - CASE#2022CP4002390

2

Erskine leadership desires that the institution's new role as a South Carolina Charter School Sponsor be marked by excellence in operation. Accordingly, agreements have been reached with professionals who have many years of experience leading a successful Charter School Sponsor in South Carolina. Specifically, Dr. Wayne Brazell, formerly the Superintendent of the South Carolina Public Charter School District (SCPCSD), has agreed to lead a team that will be responsible for the initiation and early stages of operation for the Sponsor. The contract team will work with Erskine to identify, retain and train Erskine personnel who will eventually assume full responsibility for Erskine's sponsorship operations. This utilization of seasoned SCPCSD professionals to initiate operations will ensure that the proper blend of sponsor assistance, combined with compliance monitoring, is inculcated from the beginning. Erskine intends to cultivate a community of schools where Erskine, while supportive where appropriate, maintains its role as a sponsor and monitor, not a daily - or even monthly - micromanager.

Erskine has committed sufficient resources to cover the initial period of operation prior to the advent of revenue from operational charter schools under the new Sponsorship. The utilization of external resources will be phased out as operational revenue is available to sufficiently fund sponsorship operations.

Fiscal compliance will be administered by Erskine's existing business office personnel. Supplemental assistance has been contracted for with a local Certified Public Accounting firm with experience in public school finance. Additional resources will be obtained as needed. Annual financial audits will be conducted through a qualified, independent external auditor that will be determined by competitive bidding.

Finally, the Sponsor offices will be located within existing infrastructure on the campus of Erskine College.

ELECTRONICALLY FILED - 2022 May 05 8:40 AM - RICHLAND - COMMON PLEAS - CASE#2022CP4002390

## IV. STATEMENT OF ASSURANCE

*By signing this form, I/we acknowledge that I/we am/are aware of charter school sponsor responsibilities in their entirety as stated within the registration materials and as outlined in the South Carolina Charter Schools Act of 1996 and shall comply with all applicable federal, state and local laws, ordinances, rules, regulations, and provisions stated therein upon the completion of the IHE's registration to sponsor charter schools in South Carolina. I/we hereby assure and agree to comply with all conditions and submit required documents and certifications as required.*

### REQUIRED ATTACHEMENTS

1. *Signed and dated "Statement of Assurances for IHE Charter School Sponsors" document which can be found on pages 4 and 5 of this document; and*
2. *The minutes from the board meeting in which board action was taken to become a charter school sponsor.*

## V. REQUIRED SIGNATURE AND DATES

| Date of Board Action to Become Sponsor | May 26, 2017 |
|---|---|
| IHE Board Chairperson Name | Samuel S. James |
| IHE Board Chairperson Signature/Date | 7-10-17 |
| IHE President Name | Robert E. Gustafson |
| IHE President Signature/Date | Robert E. [signature], 7.10.17 |
| Date of Submission | 7.10.17 |

## VI. SUBMISSION DIRECTIONS

*Scan and electronically mail the completed application to CharterSchools@ed.sc.gov. In addition, mail or hand-deliver the completed hard copy with original signatures to the South Carolina Department of Education, Office of School Transformation, 1429 Senate Street, Columbia, SC 29201.*

## VII. FOR SCDE USE ONLY

| Date electronic received | |
|---|---|
| Date hard copy received | |
| Date reviewed | |
| Date status notification sent | |
| Date of registration becoming active | |

ELECTRONICALLY FILED - 2022 May 05 8:40 AM - RICHLAND - COMMON PLEAS - CASE#2022CP4002390

4

ELECTRONICALLY FILED - 2022 May 05 8:40 AM - RICHLAND - COMMON PLEAS - CASE#2022CP4002390

## Erskine College Board of Trustee Meeting
### May 26, 2017
### 3 p.m.

Chairman Sam James stated that the Executive Committee approved the following action item:

**Action:** A seconded motion from the Executive Committee was adopted to authorize the President of Erskine College and whichever of its designees that may be necessary to register with the South Carolina Department of Education as a sponsor for the purpose of issuing charter to prospective applicants under South Carolina Code of Law.

ELECTRONICALLY FILED - 2022 May 05 8:40 AM - RICHLAND - COMMON PLEAS - CASE#2022CP4002390

| SOUTH CAROLINA STATE DEPARTMENT OF EDUCATION | Statement of Assurances for IHE Charter School Sponsors |
|---|---|

As the authorized representative of [ (name of charter school sponsor) ], I hereby certify that the stated charter school sponsor will comply with all applicable South Carolina Charter Schools Act of 1996 requirements and as submitted in this statement of assurances. The charter school sponsor will:

A. Be the charter school's local education agency (LEA) and a charter school will be a school within that LEA. The sponsor retains responsibility for special education and shall ensure that students enrolled in its charter schools are served in a manner consistent with LEA obligations under applicable federal, state, and local law as defined in section S.C. Code Ann. § 59-40-40.

B. Adopt national industry standards of quality charter schools and shall authorize and implement practices consistent with those standards in order to promote the quality of charter school outcomes and oversight. S.C. Code Ann. § 59-40-55

C. Approve and decline charter applications as specified in S.C. Code Ann. §§ 59-40-50, 59-40-60, and 59-40-70(C).

D. Conduct or require oversight activities that enable the sponsor to fulfill its responsibilities outlined in this chapter, including conducting appropriate inquiries and investigations, only if those activities are consistent with the intent of this chapter, adhere to the terms of the charter contract, and do not unduly inhibit the autonomy granted to public charter schools. S.C. Code Ann. § 59-40-55

E. Collect, in accordance with S.C. Code Ann. § 59-40-140(H), an annual report from each of its sponsored charter schools and submit the reports to the Department of Education. S.C. Code Ann. § 59-40-55

F. Provide to parents and the general public information about charter schools authorized by the sponsor as an enrollment option within the district in which the charter school is located to the same extent and through the same means as the district in which the charter school is located provides and publicizes information about all public schools in the district. S.C. Code Ann. § 59-40-55

G. Negotiate, execute, and monitor the terms of a contract between the charter school and the sponsor as defined in S.C. Code Ann. §§ 59-40-55 and 59-40-60. Contracts must be submitted to the SCDE annually.

H. Comply with S.C. Code Ann. § 59-40-70 (1996), which outlines charter school application hearing, approval, and appeal process.

I. Adhere to all provisions of S.C. Code Ann. § 59-40-100 pertaining to conversion charter schools, as applicable.

J. Notify the charter school of perceived problems if its performance or legal compliance appears to be unsatisfactory and provide reasonable opportunity for the school to remedy the problem, unless the problem warrants revocation and revocation timeframes apply. S.C. Code Ann. § 59-40-55

K. Take appropriate corrective actions or exercise sanctions short of revocation in response to apparent deficiencies in charter school performance or legal compliance. These actions or sanctions may include requiring a school to develop and execute a corrective action plan within a specified timeframe. S.C. Code Ann. § 59-40-55

L. Annually shall evaluate the conditions outlined in S.C. Code Ann. § 59-40-110. The annual evaluation results must be used in making a determination for nonrenewal or revocation and notify in

5

writing the charter school's governing body of the proposed action. S.C. Code Ann. § 59-40-110(F)

M. Permanently close any charter school at the conclusion of the school year after receiving the lowest performance level rating as defined by the federal accountability system for three consecutive years in accordance with S.C. Code Ann. § 59-40-110(E).

N. Prior to any public charter school closure, develop a public charter school closure protocol to ensure timely notification to parents, orderly transition of students and student records to new schools, and proper disposition of school funds, property, and net assets in accordance with S.C. Code Ann. § 59-40-110(K).

O. Classify schools as Alternative Education Campuses (AEC) as outlined in S.C. Code Ann. § 59-40-111 and follow procedures as outlined in S.C. Code Ann. § 59-40-110(E) for automatic closure.

P. Receive and distribute state, county, and school district funds to a charter school as determined by the formula outlined in S.C. Code Ann. § 59-40-140(A).

Q. Receive and distribute state funds to the charter school as provided by the General Assembly as outlined in S.C. Code Ann. § 59-40-140(B).

R. Receive and distribute to the charter school federal funds which are allocated to the sponsor on the basis of the number of special characteristics of the students attending the charter school. These amounts must be verified by the State Department of Education before the first disbursement of funds as outlined in S.C. Code Ann. § 59-40-140(C).

S. After receipt of federal or state categorical aid funds, within ten business days, supply to the charter school the proportional share of each categorical fund for which the charter school qualifies as outlined in S.C. Code Ann. § 59-40-140(D).

T. Provide technical assistance to persons and groups preparing or revising charter applications at no expense per S.C. Code Ann. § 59-40-140(I).

U. If a school district declares a building surplus and chooses to sell or lease the building, a charter school's board of directors or a charter committee operating or applying within the district must be given the first refusal to purchase or lease the building under the same or better terms and conditions as it would be offered to the public as outlined in S.C. Code Ann. § 59-40-170.

V. Use its funding provided pursuant to this section exclusively for the purpose of fulfilling sponsor obligations in accordance with the South Carolina Charter Schools Act of 1996.

W. Commits and agrees that it will fully participate in any authorizer training provided and/or required by the state.

_____
Signature of IHE Board Chairperson

7.10.17
Date

_____
Signature of IHE President

7.10.17
Date

ELECTRONICALLY FILED - 2022 May 05 8:40 AM - RICHLAND - COMMON PLEAS - CASE#2022CP4002390